IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDMUNDS HOLDING COMPANY, <br> A Delaware Corporation, and <br><br> EDMUNDS.COM, INC., <br> A New York Corporation, <br><br>                      Plaintiffs, <br> v. <br><br> AUTOBYTEL INC., <br> A Delaware Corporation, <br><br>                  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. _____ |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiffs Edmunds Holding Company and Edmunds.com, Inc. state that both entities are non-governmental corporate parties in the above-captioned action, that Plaintiff Edmunds Holding Company is the parent corporation of Plaintiff Edmunds.com, Inc., and that no publicly held corporation owns 10% or more of the stock of either Plaintiff.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer*
Jeremy P. Oczek*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Attorneys for Plaintiffs Edmunds Holding Company and
Edmunds.com, Inc.*

Dated: March 13, 2008

*\* Motions for Admission Pro Hac Vice to be filed.*

- 2 -