AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of _____Delaware_____

EDMUNDS HOLDING COMPANY,
A Delaware Corporation, and

EDMUNDS.COM, INC.,
A New York Corporation,

    Plaintiffs,

    v.

AUTOBYTEL INC.,
A Delaware Corporation,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-149

TO:     Autobytel Inc.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Melanie K. Sharp, Esquire
    Young Conaway Stargatt & Taylor LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO            3/13/08
CLERK                                                                  DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the summons and complaint was made by me [1] | DATE 3/13/08 |
|---|---|
| NAME OF SERVER (PRINT) MICHAEL BOBISH | TITLE PROCESS SERVER |

*Check one box below to indicate approximate method of service*

☐ Served Personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED Autobytel Inc by SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 4:20PM PERSON ACCEPTING: SCOTT LASCALA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/13/08
              *Date*

*Signature of Server*

230 N MARKET ST, WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.