IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUNDS HOLDING COMPANY,<br>A Delaware Corporation, and<br><br>EDMUNDS.COM, INC.,<br>A New York Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>AUTOBYTEL INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-149 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the time in which defendant Autobytel Inc. shall answer, move, or otherwise respond to the Complaint is extended from April 2, 2008 to, and including, May 19, 2008.

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Melanie K. Sharp*
_____
Melanie K. Sharp (#2501)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorneys for Plaintiffs*

OF COUNSEL:

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE LLP
One International Plaza
Boston, MA 02110-2600
(617) 526-9600

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendant*

OF COUNSEL:

Timothy J. Haller
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
(312) 236-0733

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

2170806