IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDMUNDS HOLDING COMPANY, A Delaware Corporation, and <br><br>EDMUNDS.COM, INC., A New York Corporation, <br><br>　　　　　　　　Plaintiffs, <br>v. <br><br>AUTOBYTEL INC., A Delaware Corporation, <br><br>　　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.08-149 (SLR) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Jeremy P. Oczek of Proskauer Rose LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　*/s/ Melanie K. Sharp*

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Melanie K. Sharp (No. 2501)
　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　	Wilmington, Delaware  19801

　　　　　　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0391
Dated: April 1, 2008　　　　　　(302) 571-6681
　　　　　　　　　　　　　　　　msharp@ycst.com

SO ORDERED this ___ day of _____, 2008 that counsel's motion for the admission pro hac vice of Jeremy P. Oczek is GRANTED.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Massachusetts and the State of New York and, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jeremy P. Oczek
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
(617) 526-9700

Dated: March 21, 2008