IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUNDS HOLDING COMPANY,<br>A Delaware Corporation, and<br><br>EDMUNDS.COM, INC.,<br>A New York Corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>AUTOBYTEL INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 08-149 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Timothy J. Haller and Gregory P. Casimer of Niro, Scavone, Haller & Niro, 181 W. Madison Street, Suite 4600, Chicago, IL 60602 to represent defendant Autobytel Inc. in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendant*

*OF COUNSEL:*

Timothy J. Haller
Gregory P. Casimer
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
(312) 236-0733

April 4, 2008

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

2283189

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _____
Timothy J. Haller
Niro, Scavone, Haller & Niro
181 W. Madison Street – Suite #4600
Chicago, IL 60602
(312) 236-0733

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Gregory P. Casimer_

Date: 4-02-08

Gregory P. Casimer
Niro, Scavone, Haller & Niro
181 W. Madison Street – Suite #4600
Chicago, IL 60602
(312) 236-0733

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

I also certify that on April 4, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Melanie K. Sharp
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
tgrimm@mnat.com

2283189