IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUNDS HOLDING COMPANY, A Delaware Corporation, and <br><br> EDMUNDS.COM, INC., A New York Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOBYTEL INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 08-149 (SLR) ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Edmunds Holding Company and Edmunds.com, Inc. ("Edmunds") and Defendant Autobytel, Inc. ("Autobytel"), subject to the approval of the Court, that the time for Autobytel to answer, move, or otherwise respond to the Complaint is extended to and including June 18, 2008.


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
_____
Melanie K. Sharp (#2501)
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
msharp@ycst.com
*Attorney for Plaintiffs, Edmunds Holding Company and Edmunds.com, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm
_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendant, Autobytel, Inc.*

| | |
|---|---|
| *OF COUNSEL:* | *OF COUNSEL:* |
| Steven M. Bauer | Timothy J. Haller |
| Jeremey P. Oczek | Gregory P. Casimer |
| PROSKAUER ROSE LLP | NIRO, SCAVONE, HALLER & NIRO |
| One International Place | 181 West Madison Street, Suite 4600 |
| Boston, MA  02110-2600 | Chicago, IL  60602-4515 |
| (617) 526-9600 | (312) 236-0733 |

May 14, 2008

                IT IS HEREBY ORDERED this ___ day of May, 2008.

                _____
                United States District Court Judge

2322369