IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUNDS HOLDING COMPANY,<br>A Delaware Corporation, and<br><br>EDMUNDS.COM, INC.,<br>A New York Corporation,<br><br>            Plaintiffs,<br>v.<br><br>AUTOBYTEL INC.,<br>A Delaware Corporation,<br><br>            Defendant. | C.A. No.08-149 (SLR) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Edmunds Holding Company and Edmunds.com, Inc. ("Edmunds") and Defendant Autobytel Inc., ("Autobytel"), subject to the approval of the Court, that Edmunds' time fo file a Response to Defendant's Motion to Dismiss For Lack of Subject Matter Jurisdiction under Fed. R. Civ. P. 12(B)(1) is hereby extended through and including July 14, 2008.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Melanie K. Sharp | /s/ Thomas C. Grimm |
| _____ | _____ |
| Melanie K. Sharp (No. 2501)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com<br><br>Steven M. Bauer<br>Jeremy P. Oczek<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600<br>(617) 526-9600<br><br>*Attorneys for Plaintiffs Edmunds Holding Company and Edmunds.com, Inc.* | Thomas C. Grimm (No. 1098)<br>James W. Parrett, Jr. (No. 4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>jparrett@mnat.com<br><br>Timothy J. Haller<br>Gregory P. Casimer<br>Niro, Scavone, Haller & Niro, Ltd.<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602-4515<br>(312) 236-0733<br><br>*Attorneys for Defendant Autobytel, Inc.* |

Dated: July 2, 2008


SO ORDERED this ___ day of _____, 2008.


                                        _____
                                        United States District Judge