IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUNDS HOLDING COMPANY,<br>A Delaware Corporation, and<br><br>EDMUNDS.COM, INC.,<br>A New York Corporation,<br><br>     Plaintiffs,<br>v.<br><br>AUTOBYTEL INC.,<br>A Delaware Corporation,<br><br>     Defendant. | C.A. No. 08-149-SLR |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiffs Edmunds Holding Company and Edmunds.com, Inc. respectfully request oral argument on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction Under Fed. R. Civ. P. 12(b)(1) (D.I. 11). The parties completed briefing on the motion on July 24, 2008.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
―――――――――――――――――――――
Melanie K. Sharp (No. 2501)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

Dated: July 29, 2008

*Attorneys for Plaintiffs Edmunds Holding Company and Edmunds.com, Inc.*